**Opinion issued August 20, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00390-CR

_____

**HERBERT WAYNE LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Case No. 1345363

## MEMORANDUM OPINION

Appellant, Herbert Wayne Lee, has filed a "Motion to Dismiss Appeal." We

have not issued a decision in the appeal, and the motion complies with rule 42.2(a).

*See* TEX. R. APP. P. 42.2(a). Further, although the motion does not contain a

certificate of conference, the motion contains a certificate of service stating that it

was served on the State and has been on file with the Court for more than 10 days, and the State has not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

Do not publish. TEX. R. APP. P. 47.2(b).